IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR G. GARNER,

       Petitioner,

   v.

WARDEN YATES,

       Respondent.

_____/

No. C 10-01009 CW (PR)

ORDER OF TRANSFER

Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus in which he challenges the execution of his sentence.

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. <u>See</u> 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. <u>See</u> <u>id.</u> Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. <u>See</u> <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. <u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

United States District Court

For the Northern District of California

1    Petitioner is incarcerated at Pleasant Valley State Prison,

2  which lies within the venue of the Eastern District of California.

3  See 28 U.S.C. § 84.  Because Petitioner challenges the execution of

4  his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C.

5  § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of

6  justice, this petition be TRANSFERRED to the United States District

7  Court for the Eastern District of California.

8    All remaining motions are TERMINATED on this Court's docket as

9  no longer pending in this district.

10    IT IS SO ORDERED.

11  Dated: 3/26/2010



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR G GARNER,

        Plaintiff,

  v.

YATES et al,

        Defendant.

_____/

Case Number: CV10-01009 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Grady Garner D-26064
Pleasant Valley State prison
P.O. Box 8501
Coalinga, CA 93210

Dated: March 26, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3

United States District Court
For the Northern District of California